UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN P. GARCIA
          Plaintiff

    V.                              CIVIL ACTION

NAVY FEDERAL CREDIT UNION      NO. 08-30190-MAP
          Defendant

### ORDER ON MOTION

PONSOR, D. J.

It is hereby ORDERED that the [04] Motion to Remand the case back to Hampden Superior Court was allowed on January 8, 2009. The case is Remanded back to Hampden Superior Court.

(Document # 04 ) in the above-entitled action be and hereby is ALLOWED.

.

                                            By the Court,

                                            /s/ Mary Finn

April 27, 2011                                  _____
    Date                                                  Deputy Clerk

(OrderOnMotion.wpd - 3/20/03)